■ In the Matter of FELICIA SHPRITZER, on Behalf of Herself and Others Similarly Situated, v. THEODORE H. LANG, as Personnel Director of the City of New York.— Motion for leave to file a brief amicus curiæ granted only insofar as to permit movants to file a brief amicus curiæ on or before October 8, 1962. Respondent's points, if any, in answer thereto, are to be served and filed on or

before October 15, 1962. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.